UNITED STATES of America, Plaintiff–Appellee,

v.

Keith Russell JUDD, Defendant–Appellant.

No. 02–50750.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Oct. 8, 2003.

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM.*

Keith Russell Judd, federal prisoner no. 11593–051, was convicted by a jury of two counts of mailing a threatening communication with the intent to extort money or something of value and was sentenced to 210 months of imprisonment. Before his conviction was final, Judd filed a motion to vacate under 28 U.S.C. § 2255. The district court dismissed the 28 U.S.C. § 2255 motion as premature. Judd seeks a certificate of appealbility (COA).

This court must examine the basis of its jurisdiction on its own motion if necessary. *See Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir.1987). "A timely filed notice of appeal is a jurisdictional prerequisite to [this court's] review." *Dison v. Whitley*, 20 F.3d 185, 186 (5th Cir.1994). Because

---

there is nothing in the record which may be construed as a timely notice of appeal, this court is thus without jurisdiction to consider this case. FED. R.APP. P. 4(a)(1)(B). The appeal is DISMISSED.

Judd's motion for a COA and his motion to proceed in forma pauperis (IFP) on appeal are DENIED as unnecessary.

APPEAL DISMISSED; MOTIONS DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

